IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:06-CV-1527-B |
| | § | |
| VICTOR D. RATLIFF, | § | ECF |
| | § | |
| Defendant, | § | |
| | § | |

## MEMORANDUM ORDER

Pending before the Court is the United States' Motion to Amend Judgment Entered on December 1, 2006 (doc. 13). The Court, having considered the matter, finds that the motion should be granted.

Federal Rule of Procedure 60(a) permits a court to amend a judgment to correct a mistake or error from oversight or omission to ensure an accurate record. *See United States v. Kellog*, 12 F.3d 497, 503-04 (5th Cir. 1994). Counsel for the United States inadvertently omitted a debt related to Note 2 in its proposed default judgment despite having detailed the debt in its default judgment motion. Accordingly, the Court finds the oversight warrants an amended judgment.

IT IS THEREFORE ORDERED that the United States' Motion is hereby granted.

IT IS FURTHER ORDERED that the judgment entered in this case on December 1, 2006, is amended to include the indebtedness related to Note 2, as well as Note 1, as defined in the United States' motion.

SO ORDERED.

SIGNED January 8, 2008

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE